# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| OLIVER WATSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOBILEIRON, INC., TAE HEA NAHM, JESSICA DENECOUR, KEN KLEIN, JAMES TOLONEN, SIMON BIDDISCOMBE, ANJALI JOSHI, and RISHI BAJAJ,<br><br>　　　　Defendants. | Case No. 1:20-cv-01418-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 25, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
　　Seth D. Rigrodsky (#3147)
　　Gina M. Serra (#5387)
　　300 Delaware Avenue, Suite 210
　　Wilmington, DE 19801
　　Telephone: (302) 295-5310
　　Facsimile: (302) 654-7530
　　Email: sdr@rl-legal.com
　　Email: gms@rl-legal.com

　　*Attorneys for Plaintiff*